UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 20-cr-3061-JLS |
| v. | ) | |
| ALEJANDRA BARRERAS-AMEZOLA, | ) | ORDER |
| Defendant. | ) | |

The United States of America and defendant ALEJANDRA BARRERAS-AMEZOLA jointly move to continue the motion hearing /trial setting set for March 26, 2021, at 1:30 p.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the motion hearing.

IT IS ORDERED that the joint motion is granted. The motion hearing / trial setting shall be continued to April 30, 2021 at 1:30 p.m.

Further, time is excluded pursuant to Title 18, United States Code, Section 3161 (h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated: March 22, 2021

Hon. Janis L. Sammartino
United States District Judge